UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
BANASZAK, JUDITH A                  §     Case No. 10-55696
NEWTON-JOHN, KENNY                  §
                                    §
                                    §
            Debtor(s)               §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter     of the United States Bankruptcy Code was filed on
    . The undersigned trustee was appointed on                    .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]           $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

    5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7.  The Trustee's proposed distribution is attached as **Exhibit D**.

    8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Peter N. Metrou, Trustee_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 10-55696 | BWB | Judge: BRUCE W. BLACK | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | BANASZAK, JUDITH A | | | | Date Filed (f) or Converted (c): | 12/17/10 (f) |
| | NEWTON-JOHN, KENNY | | | | 341(a) Meeting Date: | 01/10/11 |
| For Period Ending: | 04/05/14 | | | | Claims Bar Date: | 07/07/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence: 21453 S. 80th Ave. Frankfort, IL 6042 | 280,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account with Fifth Third Bank Location: | 1,600.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account with First Midwest Bank Locatio | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Miscellaneous Household Goods Location: In debto | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. Miscellaneous Wearing Apparel Location: In debto | 800.00 | 0.00 | | 0.00 | FA |
| 6. Husband's VA Benefits Location: In debtor's poss | 25,000.00 | 0.00 | | 0.00 | FA |
| 7. 2005 Ford Escspe Location: In debtor's possessio | 6,000.00 | 0.00 | | 0.00 | FA |
| 8. 2006 Chevy Silverado Location: In debtor's posse | 10,000.00 | 0.00 | | 0.00 | FA |
| 9. 2010 Tax Refund (u) | 21,138.00 | 21,138.00 | | 21,138.00 | FA |
| 4-26-2011-Debtors' 2010 Tax federal refund demanded after investigation by Chapter 7 Trustee. | | | | | |
| 10. Life Insurance w/PrimrAmerica | 0.00 | 0.00 | | 0.00 | FA |
| 11. Stock In JRK Landscaping | 0.00 | 0.00 | | 26,151.22 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 1.52 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)           $347,538.00           $21,138.00           $47,290.74           $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Companion case JRK Landscaping, Case No. 10-55699 completed; Prompt determination letters received and case now ready for TFR after final claims review.

Initial Projected Date of Final Report (TFR): 04/06/12        Current Projected Date of Final Report (TFR): 09/30/14

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                                                    Ver: 17.05c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 10-55696 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | BANASZAK, JUDITH A | | Bank Name: | The Bank of New York Mellon |
| | NEWTON-JOHN, KENNY | | Account Number / CD #: | *******8465  Money Market Account |
| Taxpayer ID No: | *******3935 | | | |
| For Period Ending: | 04/05/14 | | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/26/11 | 9 | United States Treasury Austin, TX | Tax refund Check issued to debtors for 2010 refund. DEPOSIT CHECK #61175758 | 1224-000 | 21,138.00 | | 21,138.00 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 21,138.02 |
| 04/29/11 | | The Bank of New York Mellon | Backup Withholding posting | 2810-000 | | 0.01 | 21,138.01 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 21,138.18 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 21,138.35 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 21,138.52 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 24.61 | 21,113.91 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 21,114.08 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 49.18 | 21,064.90 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.45 | 21,066.35 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 21,066.52 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 43.28 | 21,023.24 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 21,023.41 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.76 | 20,981.65 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,981.82 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 45.98 | 20,935.84 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,936.01 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 43.01 | 20,893.00 |
| 01/27/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 20,893.14 |
| 01/27/12 | | Transfer to Acct #*******4042 | Bank Funds Transfer | 9999-000 | | 20,893.14 | 0.00 |
| | | | Page Subtotals | | 21,139.52 | 21,139.52 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

LFORM24

Ver: 17.05c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 10-55696 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | BANASZAK, JUDITH A | Bank Name: | The Bank of New York Mellon |
| | NEWTON-JOHN, KENNY | Account Number / CD #: | *******8465  Money Market Account |
| Taxpayer ID No: | *******3935 | | |
| For Period Ending: | 04/05/14 | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 21,139.52 | 21,139.52 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 20,893.14 | |
| | | | Subtotal | | 21,139.52 | 246.38 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 21,139.52 | 246.38 | |

Page Subtotals     0.00     0.00

FORM 2

Page: 3

Exhibit B

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-55696 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | BANASZAK, JUDITH A | | Bank Name: | Associated Bank |
| | NEWTON-JOHN, KENNY | | Account Number / CD #: | *******4820 Checking Account |
| Taxpayer ID No: | *******3935 | | | |
| For Period Ending: | 04/05/14 | | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/25/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 45,712.76 | | 45,712.76 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | COLUMN TOTALS | | | 45,712.76 | 0.00 | 45,712.76 |
| | | Less: Bank Transfers/CD's | | | 45,712.76 | 0.00 | |
| | | Subtotal | | | 0.00 | 0.00 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | Net | | | 0.00 | 0.00 | |

Page Subtotals 45,712.76 0.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit B

| Case No: | 10-55696 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | BANASZAK, JUDITH A | Bank Name: | Congressional Bank |
| | NEWTON-JOHN, KENNY | Account Number / CD #: | *******4042 Checking Account |
| Taxpayer ID No: | *******3935 | | |
| For Period Ending: | 04/05/14 | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/27/12 | | Transfer from Acct #*******8465 | Bank Funds Transfer | 9999-000 | 20,893.14 | | 20,893.14 |
| 02/07/13 | 001001 | INTERNATIONAL SURETIES, LTD SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | BOND PREMIUM BOND#016026455 | 2300-000 | | 20.44 | 20,872.70 |
| 04/22/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE 3/13 | 2600-000 | | 22.16 | 20,850.54 |
| 05/09/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE 4/13 | 2600-000 | | 21.44 | 20,829.10 |
| 06/13/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE 5/13 | 2600-000 | | 22.12 | 20,806.98 |
| 07/21/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 6/13 | 2600-000 | | 21.38 | 20,785.60 |
| 08/11/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 7/13 | 2600-000 | | 22.07 | 20,763.53 |
| 08/22/13 | 11 | PETER N. METROU, TRUSTEE | SURPLUS FUNDS CORP CASE | 1129-000 | 26,151.22 | | 46,914.75 |
| 09/14/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES - 8/13 | 2600-000 | | 49.81 | 46,864.94 |
| 10/10/13 | 001002 | ILLINOIS DEPARTMENT OF REVENUE P.O. Box 64338 Chicago, IL 64338 | 38-6983935 tax year ending 9-13 | 2820-000 | | 827.00 | 46,037.94 |
| 10/10/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 9/13 | 2600-000 | | 48.17 | 45,989.77 |
| 11/12/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES - 11/13 | 2600-000 | | 49.28 | 45,940.49 |
| 12/14/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES - 12/13 | 2600-000 | | 47.21 | 45,893.28 |
| 02/06/14 | 001003 | INTERNATIONAL SURETIES, LTD SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | BOND PREMIUM 016026455 | 2300-000 | | 83.11 | 45,810.17 |
| 02/06/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | 48.68 | 45,761.49 |
| 02/06/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES 1/14 | 2600-000 | | 48.73 | 45,712.76 |
| 03/25/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 45,712.76 | 0.00 |

Page Subtotals    47,044.36    47,044.36

FORM 2

Page: 5

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-55696 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | BANASZAK, JUDITH A | Bank Name: | Congressional Bank |
| | NEWTON-JOHN, KENNY | Account Number / CD #: | *******4042  Checking Account |
| Taxpayer ID No: | *******3935 | | |
| For Period Ending: | 04/05/14 | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction / Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | 47,044.36 | 47,044.36 | 0.00 |
| | | | Less:  Bank Transfers/CD's | 20,893.14 | 45,712.76 | |
| | | | Subtotal | 26,151.22 | 1,331.60 | |
| | | | Less:  Payments to Debtors | | 0.00 | |
| | | | Net | 26,151.22 | 1,331.60 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account - ********8465 | 21,139.52 | 246.38 | 0.00 |
| Checking Account - ********4820 | 0.00 | 0.00 | 45,712.76 |
| Checking Account - ********4042 | 26,151.22 | 1,331.60 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 47,290.74 | 1,577.98 | 45,712.76 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Ver: 17.05c

LFORM24

| Page 1 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: April 05, 2014 |
|---|---|---|---|---|---|---|

Case Number:   10-55696  
Debtor Name:   BANASZAK, JUDITH A

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3410-00 | POPOWCER KATTEN, LTD<br>35 EAST WACKER DRIVE<br>SUITE 1550<br>CHICAGO, IL 60601 | Administrative | | $1,032.00 | $0.00 | $1,032.00 |
| 000001<br>070<br>7100-00 | American InfoSource LP as agent for<br>Citibank N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Unsecured | | $2,492.62 | $0.00 | $2,492.62 |
| 000002<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $7,502.94 | $0.00 | $7,502.94 |
| 000003<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $2,957.19 | $0.00 | $2,957.19 |
| 000004<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $23,647.80 | $0.00 | $23,647.80 |
| 000005<br>070<br>7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $2,298.43 | $0.00 | $2,298.43 |
| 000006<br>070<br>7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $16,255.23 | $0.00 | $16,255.23 |
| 000007<br>070<br>7100-00 | FIA Card Services, NA/Bank of<br>America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $24,470.47 | $0.00 | $24,470.47 |
| | Case Totals: | | | $80,656.68 | $0.00 | $80,656.68 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-55696
Case Name: BANASZAK, JUDITH A
         NEWTON-JOHN, KENNY
Trustee Name: Peter N. Metrou, Trustee

      Balance on hand                                       $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou, Trustee | $ | $ | $ |
| Trustee Expenses: Peter N. Metrou, Trustee | $ | $ | $ |
| Accountant for Trustee Fees: POPOWCER KATTEN, LTD | $ | $ | $ |

      Total to be paid for chapter 7 administrative expenses     $_____
      Remaining Balance                                             $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

      Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for Citibank N.A. | $ | $ | $ |
| 000002 | Chase Bank USA, N.A. | $ | $ | $ |
| 000003 | Chase Bank USA, N.A. | $ | $ | $ |
| 000004 | Chase Bank USA, N.A. | $ | $ | $ |
| 000005 | American Express Centurion Bank | $ | $ | $ |
| 000006 | American Express Centurion Bank | $ | $ | $ |
| 000007 | FIA Card Services, NA/Bank of America | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE