## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                  §
                                        §
                                        §
BANASZAK, JUDITH A                      §       Case No. 10-55696
NEWTON-JOHN, KENNY                      §
                                        §
                                        §
          Debtor(s)                     §

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

                    CLERK OF THE COURT
                    219 South Dearborn
                    Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 05/23/2014 in Courtroom ,

                    Joliet City Hall
                    150 West Jefferson, 2nd Floor
                    Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/17/2014                       By: CLERK OF THE COURT


Peter N. Metrou, Trustee
123 W. Washington Street
Suite 216
Oswego, IL 60543

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
  §
BANASZAK, JUDITH A  § Case No. 10-55696
NEWTON-JOHN, KENNY  §
  §
Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 47,290.74 |
| and approved disbursements of | $ | 1,577.98 |
| leaving a balance on hand of[1] | $ | 45,712.76 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou, Trustee | $ 5,479.07 | $ 0.00 | $ 5,479.07 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 28.58 | $ 0.00 | $ 28.58 |
| Accountant for Trustee Fees: POPOWCER KATTEN, LTD | $ 1,032.00 | $ 0.00 | $ 1,032.00 |

Total to be paid for chapter 7 administrative expenses    $    6,539.65
Remaining Balance    $    39,173.11

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 79,624.68 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 49.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for Citibank N.A. | $ 2,492.62 | $ 0.00 | $ 1,226.30 |
| 000002 | Chase Bank USA, N.A. | $ 7,502.94 | $ 0.00 | $ 3,691.24 |
| 000003 | Chase Bank USA, N.A. | $ 2,957.19 | $ 0.00 | $ 1,454.85 |
| 000004 | Chase Bank USA, N.A. | $ 23,647.80 | $ 0.00 | $ 11,634.05 |
| 000005 | American Express Centurion Bank | $ 2,298.43 | $ 0.00 | $ 1,130.76 |
| 000006 | American Express Centurion Bank | $ 16,255.23 | $ 0.00 | $ 7,997.12 |
| 000007 | FIA Card Services, NA/Bank of America | $ 24,470.47 | $ 0.00 | $ 12,038.79 |
| | Total to be paid to timely general unsecured creditors | | $ | 39,173.11 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Peter N. Metrou
Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-55696-BWB
Judith A Banaszak                                                         Chapter 7
Kenny Newton-John
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lkorotko              Page 1 of 1                  Date Rcvd: Apr 17, 2014
                              Form ID: pdf006             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2014.
db/jdb         +Judith A Banaszak,   Kenny Newton-John,    21453 S 80th Ave,    Frankfort, IL 60423-9184
16731302       +Allied Waste Services,    13701 S Kostner,    Crestwood IL 60445-3923
16560571       +American Express,    PO Box 981537,    El Paso, TX 79998-1537
16560570        American Express,    PO Box 0001,    Los Angeles, CA 90096-8000
17271508        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
16560574        Chase Bank USA,    PO Box 15298,   Wilmington, DE 19850-5298
17228432        Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
16560575       +Citi Cards/Citibank,    PO Box 6500,   Sioux Falls, SD 57117-6500
16560577       +Juan P Aguirre and Hugo Campo,   c/o Rivas & Becerra,    122 S Michigan Ave, Ste 1850,
                 Chicago, IL 60603-6140
16560572       +Judith A  Banaszak,   Kenny Newton-John,    21453 S  80th Ave,    Frankfort, IL 60423-9184
16560578       +Margaret Keating,    c/o State Disbursement Unit,   PO Box 5400,   Carol Stream, IL 60197-5400
16560579        Mortgage Service Center,    2001 Leadenhall Road,   Mt Laurel, NJ 08054
16560580       +The Home Depot,   PO Box 6497,    Sioux Falls, SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16560569       +E-mail/Text: ally@ebn.phinsolutions.com Apr 18 2014 00:40:05      Ally Financial,   PO Box 380901,
                 Bloomington, MN 55438-0901
17138174        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 18 2014 00:44:11
                 American InfoSource LP as agent for,    Citibank (South Dakota) N.A.,   PO Box 248840,
                 Oklahoma City, OK 73124-8840
17542481        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 18 2014 00:47:20
                 American InfoSource LP as agent for Citibank N.A.,    PO Box 248840,
                 Oklahoma City, OK 73124-8840
17517112        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 18 2014 00:47:20
                 FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,   PO Box 248809,
                 Oklahoma City, OK 73124-8809
16952202        E-mail/Text: fmb.bankruptcy@firstmidwest.com Apr 18 2014 00:41:48      First Midwest Bank,
                 PO Box 9003,   Gurnee IL 60031-9003
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17430202*      American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
16560573     ##+Bank of America,   PO Box 1390,   Norfolk, VA 23501-1390
16560576     ##HSBC Retail Services,    PO Box 15521,   Wilmington, DE 19850-5521
                                                                                    TOTALS: 0, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2014 at the address(es) listed below:
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Peter N Metrou    on behalf of Trustee Peter N Metrou met.trustee7@att.net,
           met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
          Peter N Metrou    on behalf of Accountant Lois West met.trustee7@att.net,
           met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
          Peter N Metrou    met.trustee7@att.net, met.trustee_backup@att.net,pnmlawyer@aol.com,
           pmetrou@ecf.epiqsystems.com
          Thomas M Britt    on behalf of Debtor Judith A Banaszak tmblawstf1@sbcglobal.net
          Thomas M Britt    on behalf of Joint Debtor Kenny  Newton-John tmblawstf1@sbcglobal.net
                                                                                             TOTAL: 6