UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
BANASZAK, JUDITH A § Case No. 10-55696
NEWTON-JOHN, KENNY §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on                    . The case was pending for     months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____      By:/s/Peter N. Metrou, Trustee_____
                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Creditor # : 1 Ally Financial<br>PO Box 380901 Bloomington<br>MN 55438 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 2 Mortgage Service Center 2001 Leadenhall Road Mt Laurel NJ 08054 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | | | | | |
| PETER N METROU | | | | | |
| INTERNATIONAL SURETIES, LTD | | | | | |
| INTERNATIONAL SURETIES, LTD | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| POPOWCER KATTEN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :1;Margaret Keating;c/o State Disbursement Unit;PO Box 5400;Carol Stream IL 60197 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :10 The Home Depot PO Box 6497 Sioux Falls SD 57117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :7 Citi Cards/Citibank PO Box 6500 Sioux Falls SD 57117 | | | | | |
| | Creditor # :8 HSBC Retail Services PO Box 15521 Wilmington DE 19850-5521 | | | | | |
| | Creditor # :9 Juan P Aguirre and Hugo Campo c/o Rivas & Becerra 122 S Michigan Ave, Ste 1850 Chicago IL 60603 | | | | | |
| 000005 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000006 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000007 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 10-55696 | BWB | Judge: BRUCE W. BLACK | | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | BANASZAK, JUDITH A | | | | Date Filed (f) or Converted (c): | 12/17/10 (f) |
| | NEWTON-JOHN, KENNY | | | | 341(a) Meeting Date: | 01/10/11 |
| For Period Ending: | 07/22/14 | | | | Claims Bar Date: | 07/07/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence: 21453 S. 80th Ave. Frankfort, IL 6042 | 280,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account with Fifth Third Bank Location: | 1,600.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account with First Midwest Bank Locatio | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Miscellaneous Household Goods Location: In debto | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. Miscellaneous Wearing Apparel Location: In debto | 800.00 | 0.00 | | 0.00 | FA |
| 6. Husband's VA Benefits Location: In debtor's poss | 25,000.00 | 0.00 | | 0.00 | FA |
| 7. 2005 Ford Escspe Location: In debtor's possessio | 6,000.00 | 0.00 | | 0.00 | FA |
| 8. 2006 Chevy Silverado Location: In debtor's posse | 10,000.00 | 0.00 | | 0.00 | FA |
| 9. 2010 Tax Refund (u) | 21,138.00 | 21,138.00 | | 21,138.00 | FA |
| 4-26-2011-Debtors' 2010 Tax federal refund demanded after investigation by Chapter 7 Trustee. | | | | | |
| 10. Life Insurance w/PrimrAmerica | 0.00 | 0.00 | | 0.00 | FA |
| 11. Stock In JRK Landscaping | 0.00 | 0.00 | | 26,151.22 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 1.52 | FA |

| | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $347,538.00 | $21,138.00 | | $47,290.74 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Companion case JRK Landscaping, Case No. 10-55699 completed; Prompt determination letters received and case now ready for TFR after final claims review.

Initial Projected Date of Final Report (TFR): 04/06/12      Current Projected Date of Final Report (TFR): 09/30/14

Ver: 18.00a

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Case 10-55696   Doc 46   Filed 08/26/14   Entered 08/26/14 16:20:22   Desc Main
Document      Page 9 of 14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-55696 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | BANASZAK, JUDITH A | | Bank Name: | The Bank of New York Mellon |
| | NEWTON-JOHN, KENNY | | Account Number / CD #: | *******8465  Money Market Account |
| Taxpayer ID No: | *******3935 | | | |
| For Period Ending: | 07/22/14 | | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/26/11 | 9 | United States Treasury Austin, TX | Tax refund Check issued to debtors for 2010 refund. DEPOSIT CHECK #61175758 | 1224-000 | 21,138.00 | | 21,138.00 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 21,138.02 |
| 04/29/11 | | The Bank of New York Mellon | Backup Withholding posting | 2810-000 | | 0.01 | 21,138.01 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 21,138.18 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 21,138.35 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 21,138.52 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 24.61 | 21,113.91 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 21,114.08 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 49.18 | 21,064.90 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.45 | 21,066.35 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 21,066.52 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 43.28 | 21,023.24 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 21,023.41 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.76 | 20,981.65 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,981.82 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 45.98 | 20,935.84 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,936.01 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 43.01 | 20,893.00 |
| 01/27/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 20,893.14 |
| 01/27/12 | | Transfer to Acct #*******4042 | Bank Funds Transfer | 9999-000 | | 20,893.14 | 0.00 |

Page Subtotals    21,139.52    21,139.52

Ver: 18.00a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |  | |
|---|---|---|---|
| Case No: | 10-55696 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | BANASZAK, JUDITH A | Bank Name: | The Bank of New York Mellon |
| | NEWTON-JOHN, KENNY | Account Number / CD #: | *******8465  Money Market Account |
| Taxpayer ID No: | *******3935 | | |
| For Period Ending: | 07/22/14 | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 21,139.52 | 21,139.52 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 20,893.14 | |
| | | | Subtotal | | 21,139.52 | 246.38 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 21,139.52 | 246.38 | |

Page Subtotals       0.00       0.00

Ver: 18.00a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-55696 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- |
| Case Name: | BANASZAK, JUDITH A | Bank Name: | Associated Bank |
|  | NEWTON-JOHN, KENNY | Account Number / CD #: | *******4820 Checking Account |
| Taxpayer ID No: | *******3935 |  |  |
| For Period Ending: | 07/22/14 | Blanket Bond (per case limit): | $ 71,065,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 03/25/14 |  | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 45,712.76 |  | 45,712.76 |
| 06/05/14 | 005001 | PETER N METROU<br>123 W. WASHINGTON STREET<br>SUITE 216<br>OSWEGO, IL 60543 | Chapter 7 Compensation/Expense |  |  | 5,507.65 | 40,205.11 |
|  |  |  | Fees          5,479.07 | 2100-000 |  |  |  |
|  |  |  | Expenses        28.58 | 2200-000 |  |  |  |
| 06/05/14 | 005002 | POPOWCER KATTEN, LTD<br>35 EAST WACKER DRIVE<br>SUITE 1550<br>CHICAGO, IL 60601 | Accountant for Trustee Fees (Other | 3410-000 |  | 1,032.00 | 39,173.11 |
| 06/05/14 | 005003 | American InfoSource LP as agent for Citibank N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Claim 000001, Payment 49.19723% | 7100-000 |  | 1,226.30 | 37,946.81 |
| 06/05/14 | 005004 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000002, Payment 49.19725% | 7100-000 |  | 3,691.24 | 34,255.57 |
| 06/05/14 | 005005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000003, Payment 49.19704% | 7100-000 |  | 1,454.85 | 32,800.72 |
| 06/05/14 | 005006 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000004, Payment 49.19718% | 7100-000 |  | 11,634.05 | 21,166.67 |
| 06/05/14 | 005007 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000005, Payment 49.19706% | 7100-000 |  | 1,130.76 | 20,035.91 |
| 06/05/14 | 005008 | American Express Centurion Bank<br>c o Becket and Lee LLP | Claim 000006, Payment 49.19721% | 7100-000 |  | 7,997.12 | 12,038.79 |

Page Subtotals          45,712.76          33,673.97

Ver: 18.00a

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-55696 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | BANASZAK, JUDITH A | | Bank Name: | Associated Bank |
| | NEWTON-JOHN, KENNY | | Account Number / CD #: | *******4820 Checking Account |
| Taxpayer ID No: | *******3935 | | | |
| For Period Ending: | 07/22/14 | | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/05/14 | 005009 | POB 3001<br>Malvern, PA 19355-0701<br>FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000007, Payment 49.19722% | 7100-000 | | 12,038.79 | 0.00 |

```
                                    COLUMN TOTALS                    45,712.76       45,712.76            0.00
                                    Less: Bank Transfers/CD's        45,712.76            0.00
                             Subtotal                                     0.00       45,712.76
                                    Less: Payments to Debtors                              0.00
                             Net                                          0.00       45,712.76
```

Page Subtotals 0.00 12,038.79

Ver: 18.00a

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-55696 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | BANASZAK, JUDITH A | | Bank Name: | Congressional Bank |
| | NEWTON-JOHN, KENNY | | Account Number / CD #: | *******4042 Checking Account |
| Taxpayer ID No: | *******3935 | | | |
| For Period Ending: | 07/22/14 | | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/27/12 | | Transfer from Acct #*******8465 | Bank Funds Transfer | 9999-000 | 20,893.14 | | 20,893.14 |
| 02/07/13 | 001001 | INTERNATIONAL SURETIES, LTD SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | BOND PREMIUM BOND#016026455 | 2300-000 | | 20.44 | 20,872.70 |
| 04/22/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE 3/13 | 2600-000 | | 22.16 | 20,850.54 |
| 05/09/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE 4/13 | 2600-000 | | 21.44 | 20,829.10 |
| 06/13/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE 5/13 | 2600-000 | | 22.12 | 20,806.98 |
| 07/21/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 6/13 | 2600-000 | | 21.38 | 20,785.60 |
| 08/11/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 7/13 | 2600-000 | | 22.07 | 20,763.53 |
| 08/22/13 | 11 | PETER N. METROU, TRUSTEE | SURPLUS FUNDS CORP CASE | 1129-000 | 26,151.22 | | 46,914.75 |
| 09/14/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES - 8/13 | 2600-000 | | 49.81 | 46,864.94 |
| 10/10/13 | 001002 | ILLINOIS DEPARTMENT OF REVENUE P.O. Box 64338 Chicago, IL 64338 | 38-6983935 tax year ending 9-13 | 2820-000 | | 827.00 | 46,037.94 |
| 10/10/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 9/13 | 2600-000 | | 48.17 | 45,989.77 |
| 11/12/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES - 11/13 | 2600-000 | | 49.28 | 45,940.49 |
| 12/14/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES - 12/13 | 2600-000 | | 47.21 | 45,893.28 |
| 02/06/14 | 001003 | INTERNATIONAL SURETIES, LTD SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | BOND PREMIUM 016026455 | 2300-000 | | 83.11 | 45,810.17 |
| 02/06/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | 48.68 | 45,761.49 |
| 02/06/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES 1/14 | 2600-000 | | 48.73 | 45,712.76 |
| 03/25/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 45,712.76 | 0.00 |

Page Subtotals                                47,044.36        47,044.36

Ver: 18.00a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-55696 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | BANASZAK, JUDITH A | | Bank Name: | Congressional Bank |
| | NEWTON-JOHN, KENNY | | Account Number / CD #: | *******4042 Checking Account |
| Taxpayer ID No: | *******3935 | | | |
| For Period Ending: | 07/22/14 | | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 47,044.36 | 47,044.36 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 20,893.14 | 45,712.76 | |
| | | | Subtotal | | 26,151.22 | 1,331.60 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 26,151.22 | 1,331.60 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account - ********8465 | 21,139.52 | 246.38 | 0.00 |
| Checking Account - ********4820 | 0.00 | 45,712.76 | 0.00 |
| Checking Account - ********4042 | 26,151.22 | 1,331.60 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 47,290.74 | 47,290.74 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 18.00a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*